COURT OF APPEALS
FOR THE
THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
(512) 463-1733

Date:            May 10, 2013

Case Numbers:  03-11-00658-CR & 03-11-00659-CR
Trial Court Nos.: CR 22,208 & CR 22,209

Style:           David Preston Campbell v. The State of Texas

---

You are hereby notified that the appellant's motions to abate appeal were granted on the date noted above. Also, the enclosed opinion was sent this date to the following persons:

The Honorable Cindy Fechner
District Clerk Milam County
102 South Fannin, Suite 5
Cameron, TX 76520

Mr. Jack F. Holmes
Law Office of Jack F. Holmes
407 Canyon Creek Dr., Room 103, PMB 3363
Temple, TX 76502

The Honorable John M. Bradley
1902 Ash Street
Georgetown, TX 78626

The Honorable John Youngblood
Judge, 20th District Court
102 S. Fannin Avenue
Cameron, TX 76520